(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED

JUN 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) Donald L. Shepherd / SBI: 124625
(Name of Plaintiff)        (Inmate Number)

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
(Complete Address with zip code)

:
:
:
:
:
:

(2)_____
(Name of Plaintiff)        (Inmate Number)

: _____
:        (Case Number)
: ( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Carl Danberg

(2) Colleen Bell

(3) DeiFo
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)
additional Defendants Next page

:
:
:
:
:
:
:
:
:
:
:
:
:
:

**CIVIL COMPLAINT**

• Jury Trial Requested

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
including year, as well as the name of the judicial officer to whom it was assigned:

NONE

## Additional DeFendants

4. Sen ato
5. Sebato
6. TRacy Wilkins
7. PeRRy Phelps

Case NumbeR
To be assigned by U.S.
Civil Complaint

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • ⓎYes   • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • ⓎYes   • •No

C.    If your answer to "B" is <u>Yes</u>:

1.  What steps did you take?  Filed Many GRievance

2.  What was the result?  GRievance was send to Regional office

D.    If your answer to "B" is <u>No</u>, explain why not: _____

III.    **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: CoRl DanbeRg

Employed as CommissioNeR                at Department of CoRRection

Mailing address with zip code:  245 McKee Road DoveR, DE 19904

(2) Name of second defendant: Colleen Bell

Employed as NuRse                  at CoRRectional Medical Services

Mailing address with zip code: HowaRd R. Young CoRRectional InstitutioN
1301 E. 12th Street Wilmington, Delaware 19809

(3) Name of third defendant: Delfa

Employed as OFFiceR/SGT.         at Department of CoRRection

Mailing address with zip code: 1301 E. 12th Street Wilmington, De 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)
additional defendants Next page

2

# Additional Sheet For Defendants

4. Name of Fourth Defendant: Senato

Employed as officer/Lt.    at Department of Correction

Mailing Address with Zip Code: Howard R. Young Correctional Institution

1301 E. 12th Street Wilmington, Delaware 19809

5. Name of Fifth Defendant: Sebato

Employed as officer/Lt. at Department of Correction

Mailing Address with Zip Code: Howard R. Young Correctional Institution

1301 E. 12th Street Wilmington, Delaware 19809

6. Name of Sixth Defendant: Tracy Wilkins

Employed as Regional Ombudsman at Correctional Medical Services

Mailing Address with Zip Code: Delaware Regional Office

1201 College Park Drive

7. Name of Seventh Defendant: Perry Phelps

Employed as Warden at Department of Correction

Mailing Address with Zip Code: Delaware Correctional Center

1181 Paddock Road Smyrna, Delaware 19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1.    See Attachment
      arguments
          Next page.

2.    See Attachment
      arguments
          Next page

3.    See Attachment
      arguments
          Next page

## V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1.    Carl C. Danberg Commissioner is Responsible and Should Compensate plaintiff for the time serve in Jail for the two years in the amount of $900.000 for damages from Department of Correction State of Delaware.

ON 8/20/06 Carl C. Danberg. Commissioner is Responsible
The Department of Correction over charge the Plaintiff Shepherd,
Charge the Plaintiff with escape in the second degree class
G felony; A person is guilty of escape in the second degree
when the person escape from a detention facility or from the
custody of Department of Health and Social Services or
the Department of Correction Title 11. Del. C. section 1252

The plaintiff should been charge with escape in the
third degree class a misdemeanor under Title 11. Del. C.
section 1251 from a NONsecure facilities, The Plaintiff
was not in detention facility as under Title 11. Del. C.
section 1252, Plaintiff was in the hospital at Christiana
and was still with State Trooper when Delaware Correct-
ion officer show up, I was still in custody with State
Trooper I was not on the Department of Correction
count yet. The Department of Correction should never
charge me with escape in the second degree escaping
from detention facility are any kind of escape.
Plaintiff is doing two years in Jail for escape
in the second degree class G felony; for detention
facility Plaintiff did not escape from detention
facility

Next Page

<u>Attachment ARGUMENTS</u>

(1)  On August 19, 2006 The plaintiff Donald L. Shepherd was arrest-
ed for family Court Child Support and pick up escape 2ND
Charge on August 20, 2006 at the Christiana Hospital.
The plaintiff was taken to Christiana Hospital because
plaintiff was incoherent because withraw from
percocet 10 mg 325 prescribe by plaintiff Doctor
Ross Ufberg MD The plaintiff was in Christiana
hospital for 10 days and then brought to Howard R.
Young Correctional Institution and put on Administra-
tive Segregation for 90 days isolation confinement
and house alone in Institution hospital infirmary
plaintiff was in wheelchair because of disease
called Gout very painful joints and swelling.
Nurse Colleen Bell, wrote Memorandum to move
plaintiff to the hole from hospital infirmary in
a wheelchair to the hole. Nurse Colleen Bell, did not
have authority from doctor to move plaintiff.
Nurse Colleen Bell, did this when the doctor was
not working. Also Nurse Colleen Bell, took a way
the wheelchair from plaintiff, plaintiff could not
take shower to bath plaintiff self. And Nurse
Colleen Bell, Stop plaintiff heart medication and
high blood medication. Plaintiff got very sick
with out plaintiff medication. Plaintiff filed many
Medical Grievance but no answer, The plaintiff
had a nervous break down and was move back
to hospital infirmary and put on suicide watch.
Nurse Colleen Bell, harass the plaintiff every day;
talking about the plaintiff case to staff and inmates.
Plaintiff will later in proceeding will bring witness,

On Suicide watch plaintiff was still on Administrative Segregation house alone, Lt. Senato on 4-12 Shift P.M. put another inmate in cell naked, and Lt. Senato said this is going to be naked party and the other inmate started hitting the plaintiff Shepherd, and one of the officer Shot plaintiff Shepherd with tear gas and Lt. Senato was outside cell door laughing at the Plaintiff Shepherd, The plaintiff Shepherd was set up. Lt. Senato was the same officer that did the hearing on the other inmate hitting plaintiff Shepherd and plaintiff Shepherd was given Disciplinary hearing for fighting. Plaintiff Shepherd appeal the hearing but Lt. lebato never send plaintiff Shepherd appeal in, this was Violation of the hearing proceeding officer that was in the incident can not withness on running the hearing and decision. The plaintiff will bring more name and date later in this proceeding.

On December 4, 2006 plaintiff was being release and SGT. Deifo, brought plaintiff Shepherd from hospital infirmary in wheelchair to booking and receiving Room to be release to Pennsylvania and SGT. Deifo through plaintiff out of the wheelchair to the floor, SGT. Deifo hurt plaintiff back and Nurse Colleen Bell was watching. The detective from Pennsylvania was watching too.

On June 20, 2007 The plaintiff Shepherd was brought back to Howard R. Young Correctional Institution and was put back on Administrative Segregation SEE Exhib:T(i)  But in Novembe 2006 plaintiff Shepherd was taken off Administrative Segregation befor plaintiff was release on bail. The same Officer Lt. Mcmillan. Kenneth was the officer put plaintiff back on Administrative Segregation and was the same officer shot plaintiff with tear gas with Lt. Senato, there was not reason put plaintiff back on Administrative Segregation The plaintiff Shepherd was getting sick because the plaintiff was not given plaintiff medication Plaintiff told the Nurse in booking receiving Room on June 20, 2007 but for around two weeks plaintiff did not receive medication, the plaintiff wrote many letters and filed grievance's two of the medication are life threatening when suddenly stopped called Clonidine SEE Exhib:T(2) and otha medication Percocet 10mg 325 prescribe by plaintiff Doctor Ross Ufberg M.D. also life threatening, Responsible for medication at this time was Correctional Medical Service. Also doing this time I contact the Internal Affairs at Howard R. Young

Correctional Institution, Captain Bergren, took plaintiff Shepherd off Administrative Segregation after ten days.

The plaintiff Shepherd has have problem with is medication, and Doctor, the Nurse told me the Doctor can not see me until 90 days, I been sick and the Nurse is not qualify to diagnose illness, I plaintiff should be able to see Doctor when I am sick just like when plaintiff is home. SEE Exhibits(2) Medical grievance filed and letters.

Plaintiff Shepherd on 8/12/2007 Time 22:43 Three inmates in a cell inmate Summons began hitting plaintiff Shepherd with a crutch causing a small bruise on his back Staff took pictures of the bruise. I still haveing problem with my back. SEE Exhibits (3) (3/1) Witness Name Antwine Ross

Plaintiff Shepherd, is having problems with mail Legal Mail the institution mail Room Keep open plaintiff Legal Mail and legal document missing SEE Exhibit T/2 dated 3/19/2008 Grivance filed.

Plaintiff Shepherd found fly's in food and trays are dirty food still on the trays from lunch meal. SEE Exhibit    dated 3/31/2008 Grivance filed.

2. Colleen Bell, Correctional Medical Services For at Haward R. Young Correctional Institution For Not given plaintiff medication and damages compensate plaintiff for $300.000 from Correctional Medical Services.

3. Deifo, SGT of Department of Correction For Through plaintiff out of the wheelchair To the floor compensate plaintiff for damages to Plaintiff back in amount of $400.000 from the Department of Correction.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___30___ day of __MAY_____, 2 __008__ .

_____Donald L Shepherd_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

4. Senato Lt. is Responsible For Violating plaintiff Constitution Rights and should compensate plaintiff in the amount of $200.000 in damages From Delaware Of Correction.

5. Sebato Lt. is Responsible For Violating Plaintiff Constitution Rights, Not sending Plaintiff appeal in procedure should follow. Compensate plaintiff in the amount of $200.000

6. Tracy Wilkins, is responsible Correctional Medical Services For plaintiff medications and health care provider Should Compensate plaintiff For damage From Correctional Medical Services in the amount $900.000

7. Perry Phelps, Warden the Warden is responsible For of Delaware Correctional center Food Services, Mail Room and Administrative Segregation. Should compensate Plaintiff in the amount of $25.000

## SEE EXHIBITS (1)(3)

1. ADMINISTRATIVE SEGREGATION EXHIBITS (1) 6/20/2007

2. DISCIPLINARY HEARING DECISION EXHIBITS (3) (3/1) 8/12/2007

3. FOOD SERVICE J. 1/8/2008 EXHIBIT (3/4)(3/5)

4. MAIl ROOM 3/19/2008 EXHIBET (3/2)



**STATE OF DELAWARE**
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 E. 12TH STREET
WILMINGTON, DE 19809

TELEPHONE: (302) 429-7700

2007 JUN 22  A  7: 22

FAX: (302) 429-7707
RDEN'S OFFICE

## TRANSFER TO ADMINISTRATIVE SEGREGATION

NAME:    *Shepherd* ~~Sheppard~~, Donald        SBI NUMBER:        **00124625**

DATE OF ORDER:    **June 20, 2007**    CURRENT LOCATION:        **B&R**

TIME OF ORDER:        **2200**    NEW LOCATION:        **1F-1**

You are hereby being placed on administrative segregation for the following reason (s):

__X__        A threat / potential threat to the security and safety of this facility.

_____        Your unacceptable / acting out behavior.

_____        The threat or potential threat of physical harm from others.

_____        Pending a complete investigation for a security violation.

**COMMENTS:**    You are being placed on Administrative Segregation due to your past Escape Attempt *of Hosp*

*May have calls/commissary & visits*

**APPROVING AUTHORITY** (STAFF LIEUTENANT OR ABOVE):

_____
**STAFF TITLE AND SIGNATURE**

DISTRIBUTION
Original:    Warden via Deputy Warden
Copy:        Health Care Administrator
            Counselors via Pam Faukner-Minor, Counselor Manager
            Primary Control/Movement Log Officer
            Housing Unit – Modular Control
            Resident
            Facility Investigator

FORM#: 465

DR#
3022135



HRYCI Howard R.Young Correctional Institution
Date: 08/15/2007
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## DISCIPLINARY HEARING DECISION

**Inmate :** Shepherd, Donald    **SBI#:**00124625    **Type:**Class 1

**Institution:**HRYCI Howard R.Young Correctional Institution    **Hearing Date:** 08/15/2007    **Time:** 21:15

**Inmate Present:** Yes    **Reason(If No):** N/A

**Violation:** , 1.13 Fighting

**Inmate PLEA: Not Guilty**

**Inmate Statement:** Inmate Simmons urinated on the floor by my bed.He wouldnt get up at night to clean it up. He put his dirty
urinated clothes and sheets under the bed and it was stinking . So I told him he was nasty and he needed
to clean it up he got mad and began hitting me with his crutch. and I hit him back in self defense...

**Witness Name:** Ross, Antwine

**Testimony :** Inmate Ross stated that inmate Simmons has a bad toilet habit and urinated on the bed and Inmate Shepherd told
him to clean it up and they began arguing. He then stated that Simmons began hitting Shepherd with his crutch
and Shepherd defended himself and hit inmate Simmons back several times in the face.....

**Decision :Not Guilty**

**Rational :** Officer's statement and the witness inmate Ross. Inmate Ross's statement matches what inmate Shepherd stated in
this hearing . Thaat they were arguing and inmate Simmons hit him with his crutches causing a small brruise on his
back. He then hit Simmons back in self defense several times

**Sanctions:** N/A

### HEARING OFFICER'S SIGNATURE

Mcmillan, Kenneth

I understand that I may appeal the decision of a Class II Hearing  to the Class I Hearing  Officer.I may appeal the decision of a
Class I Hearing  to the facility administrator.I also understand that I have 72 hours to submit my notice of appeal in writing to the
Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

**I [ ]    DO    [X]    DO NOT INTEND TO APPEAL**

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[X]    Inmate does not wish to appeal    [ ]    Appeal has been denied by Commissioner or Designate

[ ]    Sanctions have been modified    [ ]    Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
| --- | --- | --- | --- |
| | | | |

| Disciplinary# |  |
|---|---|
| 3022135 |  |

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

3/1

Date: 08/15/2007

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | Housing Unit Pod 1E | IR#: 3026917 |  |
|---|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00124625 | Shepherd, Donald | HRYCI | Pod 1C | 08/12/2007 | 22:43 |

Violations: 1.02/200.201 Assault, 1.13 Fighting

Witnesses:1.N/A                  2. N/A                      3. N/A

## Description of Alleged Violation(s)

On The Above Date And Approximate Time I, Officer Cabell C. Brown Was Conducting Picture/Flesh On 1-C Pod When I Heard An Argument Coming From Cell #6. When I Went To Investigate I Saw Inmate Simmons Nathiel (1c-6)With His Right Eye Bleeding. When Asked What Happened, Inmate Simmons Said, That Inmate Shepherd, Donald Sbi #124625(1c-6) Had Hit Him Over An Argument That They Had About Inmate Simmons Bathroom Habits. I Then Had Inmate Simmons Exit The Cell So Both Of Them Would Be Separated From Any Further Altercation. The Lead Worker, Sgt. Apa, Was Notifed Of The Incident. At 2249 Primary Qrt Muster Was Called On 1-C Pod.  Inmates Simmmons And Shepherd Were Escorted Out Of The Area.<<<<Eor>>>>

Reporting Officer: Brown, Cabell C (Correctional Officer)

## Immediate Action Taken

**Immediate action taken by:** Brown, Cabell C -Correctional Officer

Separated Both Inmates And Notified The Lead Worker, Sgt. Apa.

## Offender Disposition Details

Disposition: N/A                          Date: N/A          Time: N/A          Cell secured?  No

Reason: N/A

Disposition Of Evidence: N/A

## Approval Information

Approved: [  ]     Disapproved: [  ]  Approved By: , ()

Comments: N/A

## Shift Supervisor Details

Date Received:                Time:            Received From: ,

**Shift Supervisor Determination:**

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate
       revocation of the following privileges(see reverse side) for ____ ____ hours not to exceed 24 hours)

[ ]   Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary
       Hearing.

_____
, ()

I have received a copy of this notice on **DATE:**_____ **TIME:** ____ ____  and have been informed of my rights to have
a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions
outlined in the Rules of conduct.

**Preliminary Hearing**
**Officer:** _____     **Offender:** _____
,                                          Shepherd, Donald

**DCC  Delaware Correctional Center**                          **Date:** 04/07/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
*3/2*                          **Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#**     : 00124625 | **Institution**   : DCC |
| **Grievance #**   : 153365 | **Grievance Date**   : 03/14/2008 | **Category**    : Individual |
| **Status**     : Unresolved | **Resolution Status :** | **Resol. Date**   : |
| **Grievance Type:** Mail | **Incident Date**    : 03/14/2008 | **Incident Time :** 17:45 |
| **IGC**     : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims:  My legal mail from Michael N. Castle, congressman United States house of representations, was cut open and was delivered to me with the regular mail the legal document inside was cut in half and some of the legal document was missing.  This is violation United States Constitution, article IV right of people to be secure in their person and papers.

**Remedy Requested**    :    There is penalty for private use I should be compensated for violation of my US constitution rights.

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO                     **Date Received by Medical Unit :**

**Investigation Sent :**                     **Investigation Sent To**    : Smith, Tonya

**Grievance Amount :**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 04/07/2008

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

**Offender Name :** SHEPHERD, DONALD

**SBI#** : 00124625

**Institution** : DCC

**Grievance #** : 153365

**Grievance Date** : 03/14/2008

**Category** : Individual

**Status** : Unresolved

**Resolution Status:**

**Inmate Status :**

**Grievance Type:** Mail

**Incident Date** : 03/14/2008

**Incident Time :** 17:45

**IGC** : Dutton, Matthew

**Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name** : Smith, Tonya

**Date of Report** 03/19/2008

**Investigation Report :**

**Reason for Referring:**

**Investigator Name** : Powell, Carroll

**Date of Report** 03/20/2008

**Investigation Report :** Sometimes mail is received from the Post Office with some of the contact missing because the sender forgets to put all of the contents of the letter inside the envelope prior to mailing. If the envelope was opened in error with regular mail this was an oversight not a deliberate act.

**Reason for Referring:** FY investigation and reply to grievance.

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 04/07/2008

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 03/31/2008

3/4

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | |
|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : DCC |
| **Grievance #** : 154623 | **Grievance Date** : 03/25/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Food Service | **Incident Date** : 03/25/2008 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  Today the rice was cold and the trays still had potato salad on the trays from lunch meal the trays are dirty.  This is violation U.S. Constitution Article V111 cruel and unusual punishment.  The food is cold the temperature for food should be at required 140 degrees food and drug administration stated that temperature 96 degrees was almost ideal inculcation.  Temperature for organisms that cause food poisoning in rice and other food.  I found fly's in my food 3/24/08 the Sgt. witnesses this on 3/24/08 17:00 pm.

**Remedy Requested**  :  Need to sanitize the trays and food need to be hot, temperature required by food and drug administration.  Some one going to get sick for the dirty trays and cold food.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Klein, Christopher |
| **Grievance Amount :** | |

 3/5

## Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:        Donald Shepherd IC SBI#124625

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:      1|8|08

RE:        GRIEVANCE # 148034

Please be advised that your grievance has been received in the office of the

Grievance Chair regarding  Food                          .

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Resident Grievance Committee (RGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.

Thank you for your patience.

SEE: Exhibits (2) and other's

MEDICAI GRIEVANCE AND LETTERS

DaTed From 8/19/06 UNTil 6/2/08

EXhibiT (2)

 **Drugs.com**
Drug Information Online

Close  Print this page

> The following information is intended to supplement, not substitute for, the expertise and judgment of your physician, pharmacist or other healthcare professional. It should not be construed to indicate that the use of the drug is safe, appropriate, or effective for you. Consult your healthcare professional before taking this drug.

# Clonidine

**Generic Name:** Clonidine Tablets (KLOE-ni-deen)
**Brand Name:** Catapres

## Clonidine is used for:

Treating high blood pressure. It may be used alone or with other medicines. It may also be used for other conditions as determined by your doctor.

Clonidine is an alpha agonist. It works by relaxing blood vessels and decreasing heart rate, which lowers blood pressure.

## Do NOT use Clonidine if:

- you are allergic to any ingredient in Clonidine

Contact your doctor or health care provider right away if any of these apply to you.

## Before using Clonidine:

Some medical conditions may interact with Clonidine. Tell your doctor or pharmacist if you have any medical conditions, especially if any of the following apply to you:

- if you are pregnant, planning to become pregnant, or are breast-feeding
- if you are taking any prescription or nonprescription medicine, herbal preparation, or dietary supplement
- if you have allergies to medicines, foods, or other substances
- if you have kidney problems, heart problems, problems with the blood vessels in your heart or brain, or the blood disease porphyria, or if you will be having surgery
- if you have a history of stroke or a recent heart attack

Some MEDICINES MAY INTERACT with Clonidine. Tell your health care provider if you are taking any other medicines, especially any of the following:

- Beta-blockers (eg, propranolol) because severe and sometimes life-threatening increased blood pressure may occur if Clonidine is suddenly stopped
- Calcium channel blockers (eg, verapamil) or digoxin because they may increase the risk of Clonidine's side effects
- Tricyclic antidepressants (eg, amitriptyline) because they may decrease Clonidine's effectiveness

This may not be a complete list of all interactions that may occur. Ask your health care provider if Clonidine may interact with other medicines that you take. Check with your health care provider before you start, stop, or change the dose of any medicine.

## How to use Clonidine:

Use Clonidine as directed by your doctor. Check the label on the medicine for exact dosing instructions.

- Take Clonidine by mouth with or without food.
- Take Clonidine on a regular schedule to get the most benefit from it.
- Continue to take Clonidine even if you feel well. Do not miss any doses.
- If you miss a dose of Clonidine, take it as soon as possible. If it is almost time for your next dose, skip the missed dose. Go back to your regular dosing schedule. Do not take 2 doses at once.

Ask your health care provider any questions you may have about how to use Clonidine.

# Important safety information:

- Clonidine may cause drowsiness, dizziness, lightheadedness, or blurred vision. These effects may be worse if you take it with alcohol or certain medicines. Use Clonidine with caution. Do not drive or perform other possibly unsafe tasks until you know how you react to it.
- Clonidine may cause dizziness, lightheadedness, or fainting; alcohol, hot weather, exercise, or fever may increase these effects. To prevent them, sit up or stand slowly, especially in the morning. Sit or lie down at the first sign of any of these effects.
- Talk to your doctor before using alcohol or medicines that may cause drowsiness (eg, sleep aids, muscle relaxers) while you are using Clonidine; it may add to their effects. Ask your pharmacist if you have questions about which medicines may cause drowsiness.
- Tell your doctor or dentist that you take Clonidine before you receive any medical or dental care, emergency care, or surgery.
- Patients who take medicine for high blood pressure often feel tired or run down for a few weeks after starting treatment. Be sure to take your medicine even if you may not feel "normal." Tell your doctor if you develop any new symptoms.
- If you have high blood pressure, do not use nonprescription products that contain stimulants. These products may include diet pills or cold medicines. Contact your doctor if you have any questions or concerns.
- If you experience dry mouth, use sugarless candy or gum, or melt bits of ice in your mouth to help keep your mouth moist.
- Do not suddenly stop taking Clonidine without talking to your doctor. Nervousness, agitation, confusion, tremor, and headache may occur. These may be followed by a rapid, severe rise in blood pressure. You may be at greater risk if you use high doses or if you also take a beta-blocker (eg, propranolol). If you need to stop taking Clonidine, follow your doctor's instructions for slowly decreasing your dose.
- Lab tests, including blood pressure, may be performed while you take Clonidine. These tests may be used to monitor your condition or check for side effects. Be sure to keep all doctor and lab appointments.
- Use Clonidine with caution in the ELDERLY; they may be more sensitive to its effects, especially dizziness.
- Clonidine should be used with extreme caution in CHILDREN younger than 12 years old; safety and effectiveness in these children have not been confirmed.
- Use Clonidine with extreme caution in CHILDREN unable to take oral medicines due to vomiting; they may have a higher risk of developing withdrawal symptoms, including severe high blood pressure.
- PREGNANCY and BREAST-FEEDING: If you become pregnant, contact your doctor. You will need to discuss the benefits and risks of using Clonidine while you are pregnant. Clonidine is found in breast milk. If you are or will be breast-feeding while you use Clonidine, check with your doctor. Discuss any possible risks to your baby.

If you suddenly stop taking Clonidine, you may experience WITHDRAWAL symptoms, including nervousness, agitation, headache, tremor, and rapid increase in blood pressure. Do not suddenly stop taking Clonidine without checking with your doctor.

# Possible side effects of Clonidine:

All medicines may cause side effects, but many people have no, or minor, side effects. Check with your doctor if any of these most COMMON side effects persist or become bothersome:

Constipation; dizziness; drowsiness; dry mouth; nausea; tiredness; vomiting.

Seek medical attention right away if any of these SEVERE side effects occur:

Severe allergic reactions (rash; hives; itching; difficulty breathing; tightness in the chest; swelling of the mouth, face, lips, or tongue); chest pain; decreased sexual desire or ability; fainting; fast, slow, or irregular heartbeat; hallucinations; mental or mood changes; severe or persistent headache or dizziness; swelling of the hands,

ankles, or feet.

This is not a complete list of all side effects that may occur. If you have questions or need medical advice about side effects, contact your doctor or health care provider. You may report side effects to the FDA at 1-800-FDA-1088 (1-800-332-1088) or at http://www.fda.gov/medwatch.

# If OVERDOSE is suspected:

Contact 1-800-222-1222 (the American Association of Poison Control Centers), your local poison control center ( http://www.aapcc.org/findyour.htm), or emergency room immediately. Accidental overdose of Clonidine is an increasing cause of poisoning in children 3 years of age and younger. Symptoms may include coma; decreased body temperature (feeling very cold); difficult or slow breathing; irritability; pinpoint pupils; seizures; severe or persistent dizziness or drowsiness; slow or irregular heartbeat; weakness.

### Proper storage of Clonidine:

Store Clonidine at room temperature, between 68 and 77 degrees F (20 and 25 degrees C). Brief storage at temperatures between 59 and 86 degrees F (15 and 30 degrees C) is permitted. Do not store in the bathroom. Store away from heat, moisture, and light. Keep Clonidine out of the reach of children and away from pets.

# General information:

- If you have any questions about Clonidine, please talk with your doctor, pharmacist, or other health care provider.
- Clonidine is to be used only by the patient for whom it is prescribed. Do not share it with other people.
- If your symptoms do not improve or if they become worse, check with your doctor.

This information is a summary only. It does not contain all information about Clonidine. If you have questions about the medicine you are taking or would like more information, check with your doctor, pharmacist, or other health care provider.

Issue Date: May 7, 2008
Database Edition 08.2.1.002
Copyright © 2008 Wolters Kluwer Health, Inc.
;

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 05/21/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : DCC |
| **Grievance #** : 158971 | **Grievance Date** : 05/10/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 05/10/2008 | **Incident Time :** 15:00 |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: The nurse told me the doctor said he can not see me if I am sick until every 90 days over in (SHU) because I am chronic care, I can not diagnose myself, I been sick with a cough for months and do not un.Jerstand what wrong with me. The doctor send the nurse to diagnose me, the nurse is not qualify to diagnose my illness what wrong with me, I could die because of the way (CMS).

**Remedy Requested** : Inmates should be seen by a doctor to diagnose the illness or sickness.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 05/21/2008 |
| **Investigation Sent :** 05/21/2008 | **Investigation Sent To** : Moore, Ronnie |
| **Grievance Amount :** | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 05/07/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : DCC | |
| **Grievance #** : 158147 | **Grievance Date** : 05/05/2008 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : | |
| **Grievance Type:** Medical Staff | **Incident Date** : 05/05/2008 | **Incident Time :** 06:00 | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:**  Inmate Claims:  Today again the nurse did not bring me all my medication, my Obinidine HOL 0.3 MG I told the nurse and she said she would bring my medication right back, I waited up until 7:30 am for the nurse to come back, but she never came back, this is the second time in three days this has happen.  I am sending a letter Jim Welch, medical Director (CMS) and letter to Joshua W. Martin III work for the Department of Justice the independent monitor.  I thinking about filing 1983 form law suit in federal court, this is happen too many times.

**Remedy Requested** :  Need nurses that care and paying attention to this job.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                    **Date Received by Medical Unit :** 05/07/2008

**Investigation Sent :** 05/07/2008          **Investigation Sent To** : Moore, Ronnie

**Grievance Amount :**

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 05/06/2008

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : DCC

**Grievance #** : 158009 | **Grievance Date** : 04/30/2008 | **Category** : Individual

**Status** : Unresolved | **Resolution Status :** | **Resol. Date** :

**Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/30/2008 | **Incident Time :** 05:15

**IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: This morning the nurse working did not give me all my medication, the nurse told me she was coming back but she never came back with my high blood medication Clondine HOL 0.3 MG. This keeps happen time after time, what damage this is doing to my heart.

**Remedy Requested** : Nurses make mistake with medication they should correct their mistake, and the nurse should come back with my medication, like she said.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|------|-------|------|

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES | **Date Received by Medical Unit :** 05/06/2008

**Investigation Sent :** 05/06/2008 | **Investigation Sent To** : Moore, Ronnie

**Grievance Amount :**

DCC  Delaware Correctional Center                    Date: 04/15/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : SHEPHERD, DONALD | SBI# | : 00124625 | Institution    : DCC |
| Grievance #    : 156129 | Grievance Date   : 04/07/2008 | | Category    : Individual |
| Status    : Unresolved | Resolution Status : | | Resol. Date   : |
| Grievance Type: Medical Staff | Incident Date    : 04/07/2008 | | Incident Time : 05:15 |
| IGC    : Dutton, Matthew | Housing Location : Bldg 17, Lower, Tier A, Cell 6, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: The nurse that works on 7/7/08 5:15 am did not give me all my medication for my high blood pressure this morning. The nurse never came back like she said, I set up waiting for two hours waiting on the nurse to come back with the clonidine medication but she never came back. Also nurse this morning gave me medication at first.

**Remedy Requested**    :    Need nurses that care.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/15/2008 |
| Investigation Sent : 04/15/2008 | Investigation Sent To    : Moore, Ronnie |
| Grievance Amount : | |

**DCC Delaware Correctional Center**          Date: 04/07/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | | **SBI#** | : 00124625 | **Institution** | : DCC |
| **Grievance #** : 155263 | | **Grievance Date** : 03/28/2008 | | **Category** | : Individual |
| **Status** : Unresolved | | **Resolution Status :** | | **Resol. Date** : | |
| **Grievance Type:** Medical Staff | | **Incident Date** : 03/28/2008 | | **Incident Time :** | |
| **IGC** : Dutton, Matthew | | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: The nurse gave out medication today did not have my high blood medication Clondine HOL 0.3 MG, I told the nurse this is a medication you can not stop taken, because you will become sick and your blood pressure will go up very high and in some cases you can have stroke or die from withdraw. The nurse said was going to come back but she did not come back. This is violation U.S. Constitution article V111 cruel and unusual punishment indicted. I will write Joshua W. Martin 111 and letter to U.S Department of Justice, I will file a law suite in federal court this than happen to many time before.

**Remedy Requested**      :    Need to get on these nurses for not doing there job.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES                 **Date Received by Medical Unit :** 04/07/2008

**Investigation Sent :** 04/07/2008          **Investigation Sent To**      : Moore, Ronnie

**Grievance Amount :**

DCC  Delaware Correctional Center                    Date: 04/15/2008
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHEPHERD, DONALD | SBI# : 00124625 | Institution : DCC |
| Grievance # : 156064 | Grievance Date : 03/27/2008 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 03/27/2008 | Incident Time : 17:30 |
| IGC : Dutton, Matthew | Housing Location : Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: Inmate Claims: All prescription drugs should have label required by drug and food administration, state and federal laws, telling inmates of all side affect from the drugs taken, this could save many inmates life's. You call Joshua·W. Martin 111 the independent monitor phone number (302) 984-6010 and call United States Justice Department this matter at hand.

Remedy Requested   : Label on all prescription drugs telling the side affects and information about the drug being taken.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : YES | Date Received by Medical Unit : 04/15/2008 |
| Investigation Sent : 04/15/2008 | Investigation Sent To : Moore, Ronnie |
| Grievance Amount : | |

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Donald L Shephord
Name (Print)

Unit - 18 - A - L - 6
Housing Location

6-2-55
Date of Birth

124625
SBI Number

3/17/08
Date Submitted

Complaint (What type of problem are you having?) The medication Clonidine HCL 0.3 mg the doctor made mistake on my Clonidine medication I should be getting my Clonidine HCL 0.3 MG 2 pills in the morning and one pill at Night this is the only way my blood pressure can be control I Need to see the Doctor I am chronic care.

Donald L. Shepherd
Inmate Signature

3/17/08
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A: Memo

P: when you were seen by the physician on 3/10/08 he wrote for your med Clonidine 0.3mg

E: twice a day

Medical
Provider Signature & Title

3/2/08
Date & Time

3/1/99 DE01
FORM#:
MED
263

received 3/18/08

**DCC Delaware Correctional Center**    Date: 03/18/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : DCC | |
| **Grievance #** : 153189 | **Grievance Date** : 03/14/2008 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Medical Staff | **Incident Date** : 03/14/2008 | **Incident Time :** 05:15 | |
| **IGC** : Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I should get my Clonidine HOL 0.3 MG, two pills in the morning and one pill at night the nurses are not given me my medication ask I been taken for years. This is the only way my blood pressure is control. If I been taking Clonidine HOL 0.3 MG two pills in the morning and one pill at night, "If it not broken don't fix it. The nurse this morning at 5:30 am on 3/14/08 did not go to get the other Clonidine pill. I only receive one Clonidine pill this morning I should receive two clonidine HOL 0.3 MG in the morning.

**Remedy Requested** : To see the doctor about the mistake the nurse's are making with my medication.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES    **Date Received by Medical Unit :** 03/18/2008

**Investigation Sent :** 03/18/2008    **Investigation Sent To** : Moore, Ronnie

**Grievance Amount :**

**DCC Delaware Correctional Center**     Date: 03/18/2008
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI# :** 00124625 | **Institution :** DCC |
| **Grievance # :** 153185 | **Grievance Date :** 03/13/2008 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 03/13/2008 | **Incident Time :** |
| **IGC :** Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: The last two morning the nurses had not given me my high blood medication called Clonidine Hol 0.3 MG I told the nurse this morning my problem and she said "So Clonidine is medication if you stop taking it you will get sick and your blood pressure will go up very high and in some cases you can have a stroke or die from withdraw. This is a violation U.S. Constitution Article V111 cruel and unusual punishment inflicted. I was transferred from HRYCI I had enough medication cloniding HOL 0.3 MG to last me until 3/23/08 the institution CMS nurse's has given my medication away two some one else.

**Remedy Requested :** To compensate me for damage time after time the same problems with CMS. I have wrote Joshua W. Martin 111 of US Department of Justice. I think it time for Law suit need to be filed in Federal Court.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 03/18/2008 |
| **Investigation Sent :** 03/18/2008 | **Investigation Sent To :** Moore, Ronnie |
| **Grievance Amount :** | |

**HRYCI Howard R.Young Correctional Institution**
**Date:** 11/29/2007
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**



# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#**     : 00124625 | **Institution**    : HRYCI |
| **Grievance #**    : 140708 | **Grievance Date**   : 09/06/2007 | **Category**     : Individual |
| **Status**     : Resolved | **Resolution Status :** Level 2 | **Resol. Date**   : 11/29/2007 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**     : 09/06/2007 | **Incident Time :** 10:30 |
| **IGC**     : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** High Blood Medication and violation of my constitution rights. My high blood medication should been order two weeks ago. I have been feeling sick because I am not getting my high blood medication I think the Medical Department is trying to kill me without my high medication. Today I told lady give out the medication on pod 1A-16 she does not care I am write Senator Joe Biden about this matter and Congressman Michael W. Castle.

**Remedy Requested**   : Re-order my medication. This is putting my life in danger because I have a bad heart. I have filed Medical Grievance time after time and time but no change with the Medical Department yet.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 09/07/2007 |
| **Investigation Sent :** 09/07/2007 | **Investigation Sent To**    : Frank, Kevin D |
| **Grievance Amount :** | |

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

**Date:** 11/29/2007

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | | **Institution** : HRYCI |
| **Grievance #** : 140708 | **Grievance Date** : 09/06/2007 | | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/06/2007 | | **Incident Time :** 10:30 |
| **IGC** : Moody, Mary | **Housing Location :**Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B | | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Frank, Kevin D                                    **Date of Report** 09/07/2007

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Dibble, Candy                                    **Date of Report** 10/23/2007

**Investigation Report :** IM indicates he has been receiving his medication on a more regular basis, but still unhappy with his medical care. Move to Level 2.

**Reason for Referring:** As per candy's request

---

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

**Date:** 11/29/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name** : SHEPHERD, DONALD | **SBI#** | : 00124625 | **Institution** : HRYCI |
| **Grievance #** : 140708 | **Grievance Date** : 09/06/2007 | | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 2 | | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/06/2007 | | **Incident Time :** 10:30 |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B | | |

### IGC

**Medical Provider:**                                   **Date Assigned**

**Comments:**


[x] **Forward to MGC**          [ ]  **Forward to Medical Provider**          [ ]  **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**

[x] **Offender Signature Captured**          **Date Offender Signed**          : 11/29/2007

**HRYCI Howard R.Young Correctional Institution**      Date: 11/29/2007
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SHEPHERD, DONALD          **SBI#** : 00124625          **Institution** : HRYCI

**Grievance #** : 140708          **Grievance Date** : 09/06/2007          **Category** : Individual

**Status** : Resolved          **Resolution Status:** Level 2          **Inmate Status :**

**Grievance Type:** Health Issue (Medical)          **Incident Date** : 09/06/2007          **Incident Time :** 10:30

**IGC** : Moody, Mary          **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B

### MGC

**Date Received :** 11/26/2007          **Date of Recommendation:** 11/29/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Jarwan, Imad | Abstain |
| Staff | | Allen, Carmen | Abstain |
| Staff | | Forand, Jessica I | Abstain |
| Staff | | Bowers, Rolanda N | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 0 | Abstain :4 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

MGC convened Thursday, 11/29/07

Grievance combined with 136803 and 131423

Issue resolved. I/M Shepherd stated that he is receiving his medication, and signed off on the grievance. The Committee abstained from voting.

Page 4 of 4

**HRYCI Howard R.Young Correctional Institution**
Date: 11/29/2007
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : HRYCI |
| **Grievance #** : 136803 | **Grievance Date** : 08/06/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Resol. Date** : 11/29/2007 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 08/06/2007 | **Incident Time :** 19:00 |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Not getting my medication:

I am not getting my medication, 3 medication one from Mental Health and 2 for Medical. The doctor wanted to see me within two (2) work it is not 3 weeks.

**Remedy Requested** :

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 08/08/2007 |
| **Investigation Sent :** 08/08/2007 | **Investigation Sent To** : Frank, Kevin D |
| **Grievance Amount :** | |

**HRYCI Howard R.Young Correctional Institution**                    Date: 11/29/2007
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** SHEPHERD, DONALD        **SBI#**          : 00124625        **Institution**     : HRYCI

**Grievance #**    : 136803          **Grievance Date** : 08/06/2007        **Category**      : Individual

**Status**        : Resolved          **Resolution Status:** Level 2        **Inmate Status :**

**Grievance Type:** Health Issue (Medical)        **Incident Date**     : 08/06/2007        **Incident Time :** 19:00

**IGC**          : Moody, Mary          **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B

| INFORMAL RESOLUTION | | |
|---|---|---|

**Investigator Name**   : Frank, Kevin D                    **Date of Report** 08/08/2007

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name**   : Dibble, Candy                    **Date of Report** 10/23/2007

**Investigation Report :** 11/5/07:  IM indicated that he is not getting his medication and having issues with his care.  Move to
        Level 2.

**Reason for Referring:** As per Candy's request

---

**Offender's Signature:**_____

**Date**                :_____

**Witness (Officer)**    :_____

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

**Date:** 11/29/2007

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SHEPHERD, DONALD

**Grievance #** : 136803

**Status** : Resolved

**Grievance Type:** Health Issue (Medical)

**IGC** : Moody, Mary

**SBI#** : 00124625

**Grievance Date** : 08/06/2007

**Resolution Status** : Level 2

**Incident Date** : 08/06/2007

**Institution** : HRYCI

**Category** : Individual

**Inmate Status :**

**Incident Time :** 19:00

**Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B

### IGC

**Medical Provider:**

**Date Assigned**

**Comments:**

[x] **Forward to MGC**          [ ]  **Forward to Medical Provider**          [ ]  **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**

[x] **Offender Signature Captured**          **Date Offender Signed**          : 11/29/2007

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**
Date: 11/29/2007

# GRIEVANCE INFORMATION - MGC

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | | **SBI#** : 00124625 | **Institution** : HRYCI |
| **Grievance #** : 136803 | | **Grievance Date** : 08/06/2007 | **Category** : Individual |
| **Status** : Resolved | | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | | **Incident Date** : 08/06/2007 | **Incident Time :** 19:00 |
| **IGC** : Moody, Mary | | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B |

## MGC

**Date Received :** 11/07/2007                     **Date of Recommendation:** 11/29/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Jarwan, Imad | Abstain |
| Staff | | Allen, Carmen | Abstain |
| Staff | | Forand, Jessica I | Abstain |
| Staff | | Bowers, Rolanda N | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 0 | Abstain :4 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

MGC convened Thursday, 11/29/07

Grievance combined with131423 and 140708

Issue resolved. I/M Shepherd stated that he is receiving his medication, and signed off on the grievance. The Committee abstained from voting.

**HRYCI Howard R.Young Correctional Institution**
Date: 11/29/2007
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : HRYCI |
| **Grievance #** : 131423 | **Grievance Date** : 07/06/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Resol. Date** : 11/29/2007 |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/06/2007 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Medication:

I am not getting my medication for my health. I put in sick call list and the doctor order me my medication, for my heart but I have not receive all my medication.

**Remedy Requested** :

## INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 07/24/2007 |
| **Investigation Sent :** 07/24/2007 | **Investigation Sent To** : Frank, Kevin D |
| **Grievance Amount :** | |

**HRYCI Howard R.Young Correctional Institution**
Date: 11/29/2007
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : HRYCI |
| **Grievance #** : 131423 | **Grievance Date** : 07/06/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/06/2007 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :**Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Frank, Kevin D                                    **Date of Report** 07/24/2007

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Dibble, Candy                                    **Date of Report** 10/23/2007

**Investigation Report :** 10/19/07: IM indicates that he is still having problems receiving his medication. IM refused to sign off on informal resolution.

**Reason for Referring:** As per Candy's request

---

**Offender's Signature:**_____

**Date**                    :_____

**Witness (Officer)**    :_____

**HRYCI Howard R.Young Correctional Institution**
**1301 E. 12th Street**
**WILMINGTON DE, 19809**
**Phone No. 302-429-7700**

**Date:** 11/29/2007

## GRIEVANCE INFORMATION - MGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : HRYCI |
| **Grievance #** : 131423 | **Grievance Date** : 07/06/2007 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 2 | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 07/06/2007 | **Incident Time :** |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1C, Cell 15, Bed B | |

### MGC

**Date Received :** 10/23/2007    **Date of Recommendation:** 11/29/2007

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Staff | | Jarwan, Imad | Abstain |
| Staff | | Allen, Carmen | Abstain |
| Staff | | Forand, Jessica I | Abstain |
| Staff | | Bowers, Rolanda N | Abstain |

### VOTE COUNT

| | | |
|---|---|---|
| **Uphold :** 0 | **Deny :** 0 | **Abstain :** 4 |

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

MGC convened Thursday, 11/29/07

Grievance combined with 136803 and 140708

Issue resolved. I/M Shepherd stated that he is receiving his medication, and signed off on the grievance. The Committee abstained from voting.

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:           Donald shepherd ⟶ SBI# 124625

FROM:        Sgt. M. Moody, Inmate Grievance Chair

DATE:        9/11/07

RE:           MEDICAL GRIEVANCE # 140 708

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.



# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:        Donald Shepherd IC SBI# 124625

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:      8|9|07

RE:        MEDICAL   GRIEVANCE # 136803

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:            Donald Shepherd IC SBI#124625

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:        8|8|07

RE:            MEDICAL GRIEVANCE # 135483

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO: Donald Shepherd 2C SBI# 124625

FROM: Sgt. M. Moody, Inmate Grievance Chair

DATE: 7|3|07-

RE: MEDICAL GRIEVANCE # 124983

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:        Donald Shepherd 2C SBI# 124628

FROM:    Sgt. M. Moody, Inmate Grievance Chair

DATE:    7/24

RE:        MEDICAL GRIEVANCE # 13142 4

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:         Donald Shepherd 2C sBI# 124628

FROM:     Sgt. M. Moody, Inmate Grievance Chair

DATE:     7|24|07

RE:         MEDICAL GRIEVANCE # 131423

Please be advised that your medical grievance has been received in the office

of the Grievance Chair.  In accordance with the Inmate Grievance Procedure

4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not

be resolved informally, you will automatically be scheduled for a grievance

hearing before the Medical Grievance Committee (MGC).  Please keep in

mind your grievance is only one of numerous others received in this office

on a daily basis.  Thank you for your patience.

*A*

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 05/06/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SHEPHERD, DONALD

**Grievance #** : 158007

**Status** : Unresolved

**Grievance Type:** Personal Property

**IGC** : Dutton, Matthew

**SBI#** : 00124625

**Grievance Date** : 04/28/2008

**Resolution Status :**

**Incident Date** : 04/28/2008

**Institution** : DCC

**Category** : Individual

**Resol. Date :**

**Incident Time :** 13:40

**Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: Today I seen the dentist (doctor) and I told the dentist the guard (officer) lost my denture when the guard search my cell and throughout toilet paper my denture was cover in, the toilet paper, the (doctor) Dentist said if Department of Correction okay it they will give me new set of Denture, artificial teeth. I have two choices ask department of Correction to replace my denture or file 1983 form in federal court law suit. If Department of Correction denied it, it will cost the state around six time more, for my lost denture.

**Remedy Requested** : Replace my lost denture.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|------|------|------|
|      |      |      |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO

**Investigation Sent :**

**Grievance Amount :**

**Date Received by Medical Unit :**

**Investigation Sent To** : Hawkins, Karen D



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*      *Donald Shephard, 124625*
           *1F Pod*

*FROM:*    *Warden Raphael Williams*

*DATE:*    *June 29, 2007*

*SUBJ:*    ***YOUR RECENT CORRESPONDENCE***

     *The medical department has been alerted to your concern.*

*RW:adc*

## *DISTRIBUTION*

*Chris Williams, Health Care Administrator*
*File*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
1301 EAST 12TH STREET
WILMINGTON, DELAWARE 19809
Telephone: (302) 429-7747
Fax: (302) 429-7716

Raphael Williams
Warden IV

## *MEMORANDUM*

*TO:*       *Donald Shepherd, 124627*
            *1F Pod   /F/*

*FROM:*     *Warden Raphael Williams*

*DATE:*     *June 26, 2007*

*SUBJ:*     **YOUR RECENT CORRESPONDENCE**

   *Your correspondence has been forwarded to the health care supervisor for review and any action deemed appropriate.*

*RW:adc*

## *DISTRIBUTION*

*Chris Williams, Health Care Administrator*
*File*



SBI# 124625 UNIT 17-A-17b
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$ 07.05⁰
02 1A
0004368915     JUL 18 2008
MAILED FROM ZIP CODE 19977

TO: CLERK OF FEDERAL COURT
    U.S. District Court
    LOCK Box 18
    844 North King Street
    Wilmington, DElaware 19801

    Legal Mail