6/17/08

TO: Federal Clerk                                    08- 368

Dear Clerk can you Please send me <u>seven</u> U.S. Marshal 285 form. For the defendants.

Thank you

Donald ... Shepherd



FILED

JUN 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE