CA 08-368 UNA

TO: Clerk Of Federal Court
   U.S. District Court
   Lock Box 18
   844 N. King Street
   Wilmington, DE 19801

Dated: 6/20/08

FROM: Donald L. Shepherd/SBI #124625
Delaware Correctional Center/Unit-17-AL6
1181 Paddock Road
Smyrna, Delaware 19977

D.O.B. 6/2/55

RE: Law suit send oct.

Dear, Federal Clerk
   Did you get the Federal Law Suit I send you last week? I been having problem with staff at this institution with the legal mail, They been open my legal mail going out. Violate my Constitution Rights. Please write me back and let me know. Thank you for your time in this matter.

Copy; files

your
Donald L Shepherd


FILED
JUN 2 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

