TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Dated: 6/29/08

FROM: Donald L Shepherd
SBI# 124625/UNIT-17-A
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Civil Action No. 08-368-GMS

Dear, Clerk
    Do I send ~~any~~ Authorization Form back to you first are send the Authorization to Prison Staff having custody of me, this form. First? From the Court's Order dated June 26, 2008 concerning my prison trust fund account. Thank you for your time in this matter Please feel free write me back on this matter.

Yours
Donald L. Shepherd


FILED
JUL 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Donald L. Shepheed
SBI# 124625   UNIT 17-A-2-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570

Legal Mail



U.S.M.S. X-RAY

UNITED STATES POSTAGE $ 00.42°