OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 2, 2008

Donald L. Shepherd
SBI #124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

>       ***RE:  Letter dated 6/29/08 Regarding Filing Fee Authorization Form***
>
>       ***CA 08-368 GMS***

Dear Mr. Shepherd:

     This office received a letter from you regarding the status of your filing fee payment authorization form.  Enclosed please find a highlighted copy of the filing fee order which directs you, the Plaintiff to sign and return the payment authorization form to the Court.  Upon receipt of the signed payment authorization form, the Clerk's office will send a copy of the authorization form and filing fee Order directly to the prison business office.

     I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                        Sincerely,

/dzs                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Gregory M. Sleet
enc: Filing Fee Order