TO: Office of The Clerk
United States District Court
844 N. King St., Lock Box 18
Wilm, DE 19801-3570

DATED!
7/4/08

Civil Action: No. 08-368-GMS

FROM: Donald L. Shepherd
SBI: 124625/UNIT-17-A-L-6
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



FILED
JUL - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear, Clerk
    Please can you give this letter to the Judge in my case: Civil Action No. 08-368-GMS Correctional Medical Services is punishing me by stopping my life threatening medication because I would not sign off on the grievance and one nurse work for (CMS) try to give me the wrong medication to hurt me are to cause my death, The nurse name is Betty, but (CMS) would not give me her last name and she is still give me medication.
The medication (CMS) stop is called Clonidine HCL 0.3 MG when suddenly stop can cause death or life threatening symptoms.
Please have the Judge send Court order in to stop this Nurse Betty from given me my medication because Nurse Betty is trying to hurt me are cause my death, my life is in danger imminent danger, I do not know

what to do, I BEEN VERY sick since They keep stopping my life threatening medication called clonidine HOL.03 mg. look inside the Law Suite Medication Medical Grievance Exhibit (2) page 1 and page 2, side effects. I been trying to see a Doctor but I am lock away in Shoe House Unit and they do what they want to do to inmates ~~[illegible]~~ in this unit. Please send a court order in to stop Nurse Betty from given me medication, one of the officer, Lody officer Conrad, witness what the (CMS) Nurse was trying to do to me 6/27/08 I talk to (CMS) people but they know I filed a Law Suite Some one told them.

Your

Donald [signature]