IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DONALD L. SHEPHERD,                )
                                   )
         Plaintiff,                )
                                   )
    v.                             )  Civil Action No. 08-368-GMS
                                   )
CARL DANBERG, COLLEEN BELL,        )
OFFICER/LT. DEIFO, OFFICER/LT.     )
SENATO, OFFICER/ LT. SEBATO,       )
TRACY WILKINS, and                 )
PERRY PHELPS.                      )
                                   )
         Defendants.               )
```

FILED JUL - 9 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Donald L. Shepherd, SBI #124625, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.32 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 26, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 7/4/08 , 2008.

_Donald L. Shepherd_
Signature of Plaintiff

I/M Donald L. Shepherd
SBI# 124625   UNIT 17-A-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

TO: Office of the Clerk/Federal Court
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail