IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD L. SHEPHERD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 08-368-GMS |
| | ) |
| CARL DANBERG, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, the plaintiff Donald L. Shepherd ("Shepherd"), a prisoner incarcerated at the

James T. Vaughn Correctional Center, formerly Delaware Correctional Center, Smyrna,

Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on July 9, 2008, Shepherd filed a letter/motion for injunctive relief to stop

the defendants' retaliatory conduct following the filing of said lawsuit (D.I. 9);

WHEREAS, Shepherd asserts the retaliatory conduct consists of stopping the

administration of his medication, Clonidine, HCL a drug used for the management of

hypertension, and that said stoppage can cause death or life threatening symptoms;

THEREFORE, at Wilmington this 14th day of _____July_____, 2008, IT IS

ORDERED that:

1. Defendant Warden Perry Phelps shall file a response to Shepherd's letter/ motion (D.I.

9) on or before _____July 28, 2008_____.

2. The Clerk of the Court is directed to serve, by certified mail, a copy of plaintiff's

complaint and letter/motion for injunctive relief (D.I. 2, 9), and this Order to Perry Phelps and

the Attorney General for the State of Delaware.

CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE