D.I. # _____

# CIVIL ACTION
# NUMBER: _____ O8cv368 GMS _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



**U.S. Postal Service** ™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ 2.53 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.43 |

Postmark Here

08-368 GMS

Sent To
WARDEN PERRY PHELPS
Street, Apt. No., JAMES T. VAUGHN CORRECTIONAL CENTER
or PO Box No. 1181 PADDOCK ROAD
City, State, ZIP+4 SMYRNA, DE 19977

PS Form 3800, August 2006    See Reverse for Instructions

7007 3020 0002 3324 6548