Dated:
7/15/08

TO: Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

FROM: Donald L. Shepherd/SBI:124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Civil Case #: 1:08-cv-00368
GMS
RE: amend IN Sullivan et.al.

Dear, Clerk/District Court

Need to amend this with the civil complaint filed 6/19/2008 into the same civil case #: 1:08-cv-00368 one case, Lawrence M. Sullivan and Edmund M. Willis with Danberg et.al. amend into one case #1:08-cv-00368. Thanks you for your time in this matter and feel free to write if you have any question.

Copy files:

Your
Donald L Shepherd


FILED
JUL 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE