(Rev. 5/05)

**ORIGINAL**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Donald L. Shepherd    SBI:# 124625
(Name of Plaintiff)       (Inmate Number)

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)       (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) LAWRENCE M. SULLIVAN
(2) Edmund M. Hillis
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: CA 08-368 GMS
: (Case Number)
: (to be assigned by U.S. District Court)
:
: **CIVIL COMPLAINT**
:
: • • (Jury Trial Requested)
:
: FILED
: JUL 16 2008
: U.S. DISTRICT

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

        Shepherd v. Danberg et al   Date Filed 06/19/2008
        Civil Case Number #: 1:08-cv-00368-GMS

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?   ··Yes   ··No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?   ·(Yes)   ··No

C. If your answer to "B" is Yes:

1. What steps did you take? _Motion For Postconviction Relife And Letter to Defendants SEE: Attach_

2. What was the result? _Deny_

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Lawrence M. Sullivan_
    Employed as _Lawyer_ at _Public Defender_
    Mailing address with zip code: _Public Defender Office, 820 N. French Street, Third Floor P.O. Box 8911 Wilmington, DE 19801_

(2) Name of second defendant: _Edmund M. Hillis_
    Employed as _Assistant Public Defender_ at _Public Defender_
    Mailing address with zip code: _Public Defender Office, 820 N. French Street, Third Floor P.O. Box 8911 Wilmington, DE 19801_

(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I was denied Right Effective Assistance of Counsel by Assistant Public Defender EDMund M. Hillis performance deficient and counsel was not functioning as counsel guaranteed defendant by the Sixth Amendment. Counsel deficient per-

2. formance prejudiced defense and errors were so serious as to deprive defendant of a fairness by Sixth Amendment. Mr. Hillis, practice of dishonesty and deception and lying to defendant about the Police Reports and complaint file again defendant, Mr.

3. Hillis told the Defendant he never had the police reports and complaint was filed on defendant, ON 8/19/06 defendant was incoherent from drug's And was brought to Christiana hospital by State Trooper From Christiana Mall because defendant was incoherent from — Arguments contined next page Attoctment

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. LAWRENCE M. SULLIVAN, Public Defender for State of Delaware is Responsible for Assistan Public Public Defender for damage of *700.000

3

drugs defendant was inconeeent for (3) three day did not know what happen, the defendant was in the Hospital for (10) ten days was commited From 8/14/06 until 8/29/06 The Public Defendere Mr. Hillis told the defendant he escape from detention Facility But later After defendant was sentence I defendant never was in detention Facility. The defendant was sentence to (2) two years in Jail Level (5) Five sentence. In Jail the defendant found out through Delaware Correctional officer's defendant was never in the detention facility "This escape happen at the Hospital and not in detention facility. Mr. Hillis kept me away from the Police Reports and the complaint filed on me, By telling me I escape from Jail. I was charge with TITLE 11 Del. C. Section 1252 escape from detention Facility SEE: Attach Letter Dated: 7/2/08 to Mr. LAWRENCE M. SULLIVAN. I was in NONSECURE Facility violation of TITLE 11. DEL. C. SECTION 1251. ESCAPE third degree class A misdemeanor. But defendant is doing (2) two years for Charge should been misdemeanor. Because my Public Defender was dishonesty and deception and lying, to defendant.

SEE: Attachment of TITLE 11. Del. C. Section 1251 escape in the third degree NONSECURE Facilities: Title 11. Del. C. section 1252 escape from detention Facility: Title 11. Del. C. section 1253 escape After Conviction

2. Edmund M. Willis, Assistant Public Defender is responsible denial Right Effective Assistance of counsel guaranteed by the sixth Amendment damages for $800.000 from Public Defender State of Delaware

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __15__ day of __July__, 2008.

_____Donald L. Shepherd_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

TO: LAWRENCE M. SULLIVAN   DATED: 7/2/08
PUBLIC DEFENDER OFFICE
820 NORTH FRENCH STREET, THIRD FLOOR
P.O. Box 8911
WILMINGTON, DE 19801

FROM: Donald L. Shepherd / SBI #: 124625
Delaware Correctional Center
1181 Paddock Road                ESCAPE 2nd CRIMINAL
Smyrna, DE 19977                 Action NO. IN06-09-1298
                                 Case Number: 0608020349

Dear Mr. Sullivan

   This is my third time writing your office about your Assistant Public Defender Edmund M. Hill is and is practice of dishonesty and deception, and lying to me about Police Reports And Complaint file again me. Mr Hills told me he did not have the complaint or Police reports. At the time of ESCAPE SECOND charge I was incoherent because of the drugs and I told This to Mr. Hills And Mr. Hillis use is practice as Public Defender to use deception And dishonesty And said I ESCAPE from detention facility And later I found After I was sentence by Delaware Correctional officer's I was never in detention Facility I was charge with TITLE 11 Del. C. SECTION 1252 ESCAPE From detention Facility. I was never in detention Facility I was taken to Christiana hospital by State Trooper From Christiana Mall And was incoherent for the first three days I got a ESCAPE charge on the second days because

I was incoherent and I was told by Delaware Correctional Officers I did not run out the door but run inside the hospital in the back and another officer told me I walk to the back and I was incoherent at that time, I should never been charge with escape from detention facility because I was in nonsecure facilitie violation of Title 11 Del. C. Section 1251 Escape third degree class A misdemeanor nonsecure facilite. My intention was not trying to escape but I was incoherent and I did not run out the front door, maybe I should not been charge with any escape and should not been charge with escape from detention facility because the elements for escape from detention facility is not there because I was never in detention facility, I was commited to Christiana hospital for ten (10) days because I did not know what happen. But Mr Hollis was not truthful with me and keep me away from the complaint filed on me, I never seen the complaint or the police reports up and until today still never seen. I am requesting for your office to send me copy of the reports of the complaint filed on me. If not I will file law suit in Federal Court 1983 form and I am contacting the office of Disciplinary Counsel, Carvel State office Building, 820 N. French St., 11th Floor, Wilmington, DE 19801-3545. See inside Title 11 Del. C. Section 1251 nonsecure facility, Title 11. Del. C. Section 1252 detention facility and Title 11. Del. C. Section 1253 after conviction all escape charges. And I was sentence

AS Habitual Offender under Title 11 Del. C. Section 4214(a) for charge that should been Misdemeanor And Habitual Criminal" must be supported by substantial evidence in the record and be free from legal error and abuse of discretion. See Morales v. State Del. Supr., 696 A.2d 390 (1997). I need this information for my case on appeal in the Supreme Court State v. Shepherd, No. 189, 2008 And Superior Criminal Action No. IN06-09-1298 Case Number #0608020349 Escape 2nd Complaint and Police Reports.

Your
Donald L Shepherd

Copy To:
ACLU 100 West 10th Street
Suite 309 Wilmington, Del 19801

Copy To: Michael N. Castle
U.S. House of Repre!
Washington, D.C. 20515

Copy To:
Office of Disciplinary Counsel
Carvel State Office Building
820 N. French Street, 11th Floor
Wilmington, Delaware 19801-3545

Copy To: Thomas Cooper
United States Senate
Washington DC 20510

Copy To: Supreme Court
55 The Green
Dover, Delaware



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
245 McKEE ROAD
DOVER, DE 19904

Carl C. Danberg                                    (302) 739-5601
Commissioner                              Fax:    (302) 739-8221

July 2, 2008

Donald L. Shepherd
SBI# 124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, De 19977

Dear Mr. Shepherd,

    Thank you for your letter.

    In reviewing your status with the Department of Correction (DOC), I note you have been convicted of escape 2nd. While you may believe this is unjust, you cannot appeal the fact of your conviction to the DOC. The DOC must accept the fact of your conviction and classify you accordingly.

Sincerely,

Carl C. Danberg,
Commissioner

Cc:   Perry Phelps, DCC
      Brian Engram, Library DCC
      File# 891

CCD:lmd

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Donald L. Shepherd
_____
Plaintiff

V.

LAWRENCE M. SULLIVAN
_____
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Donald L. Shepherd, declare that I am the (check appropriate box)

• • Petitioner/(Plaintiff)/Movant      • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   (Yes)   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977

   **Inmate Identification Number (Required):** SBI: 124625

   Are you employed at the institution? NO  Do you receive any payment from the institution? NO

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources? SSI Disability

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • (No) |
   | b. | Rent payments, interest or dividends | • • Yes | • • (No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • (No) |
   | d. | Disability or workers compensation payments | • • Yes | • (No) |
   | e. | Gifts or inheritances | • • Yes | • (No) |
   | f. | Any other sources | • • Yes | • (No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?  ·· Yes  (·· No)

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ·· Yes  (·· No)

   If "Yes" describe the property and state its value.

   *No*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   *None*

I declare under penalty of perjury that the above information is true and correct.

7/8/08
DATE

*Donald Shephard*
SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



I/M: Donald L. Shepherd
SBI# 124625   UNIT 17-A-L-6
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801

Legal Mail