D.I. # _____

# CIVIL ACTION
# NUMBER: 08-368

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M E D_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>M. LAMO |
| 1. Article Addressed to:<br><br>WARDEN PERRY PHELPS<br>JAMES T. VAUGHN CORRECTIONAL CENTER<br>1181 PADDOCK ROAD<br>SMYRNA, DE 19977<br><br>08-368 GmS | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0002 3324 6548 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540