TO: Chief Judge GREGORY M. SLEET
UNITED STATES District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

Dated: 7/18/08

RE: Civil Action No. 08-368-GMS

FROM: Donald L. Shepherd / SBI #124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Shepherd v. Carl Danberg, et al,
Plaintiff / Defendants.

FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Sleet / Chief Judge

I am writing you concerning your order Dated: July-14, 2008 whereas the Letter I Plaintiff Filed on July 9, 2008 Motion for injunctive Relief to stop the Defendants Retaliatory conduct following the said lawsuit (Civil Action No. 08-368-GMS concerning Plaintiff medication Clonidine HOL a drug used for the management of Hypertension and when suddenly stopped can cause death or life threatening symptoms.

The Staff is changing the Date on my Grievance I filed like Grievance #163145 and not answering the Grievance because Grievance #163145 incident happen on 6/26/08. and the most serious Grievance #163791 The Staff is covering up by telling me it NONGrievable on Grievance #163791 page 3 of 4 see inside. this Letter attach Grievance Number #163145, #163791 and in Grievance #163791 page 3 of 4 Staff telling me NonGrievable because "inmates may not ask for discipline of Staff in Grievance. The Nurse's is not DOC staff, and DOC and CMS is covering up this incident and the same Nurse is still given me my medications. NO DOC staff are CMS people have not come to talk to me about this incident of Nurse Betty wrong doing. about the (4) four white Big pills. I have

Witness in this incident on 6/27/08 with Nurse Betty. Witness is Officer Conrad in Grievan #163791 Lady officer and Grievance Staff putting wrong dates on Grievance like in incident Date 7/2/2008 wrong Date the right Date of incident is 6/27/08 in Grievance #163791.

I also wrote letters to Warden Perry Phelps and Internal Affairs a day after these incidents but never no answer back and they (DOC) saying NONGrievance, there no way to Resolved the issue's on Grievance #163791.

I am sending you the Grievance's I filed after the incident, Please Read Carefully and you will get a better understanding on what I am talking about.

Also American Civil liberties Union, did give DOC officials a call Regarding my particular case, see letter inside Dated: July 7, 2008 (Aclu) and letter I wrote Dated: 7/18/08 inside (ACLU).

Also DOC officials will not give me the Name's of the Nurse's, stop my life threatening Medication. And DOC is Violating all DOC Grievance procedure's and appeal proceeding.

Copy to: ACUL

Copy to: Commissioner
Carl Danberg

Your
Donald L. Shepherd

# aclu delaware

July 7, 2008

Mr. Donald Shepherd
Delaware Correctional Center
SBI#124625
1181 Paddock Road
Smyrna, DE 19977

    **Re: Your Healthcare Needs**

Dear Mr. Shepherd:

Thank you for providing your written authorization for the American Civil Liberties Union of Delaware ("ACLU-DE") to contact officials of the Delaware Department of Corrections (DOC) on your behalf to relay information and documentation you have provided to the ACLU-DE about problems related to your health and the nature of the healthcare you have received while incarcerated or otherwise in the custody of the DOC in Delaware.

Please be advised that we have contacted DOC officials regarding your particular case. If you continue to receive inadequate healthcare, please let us know, and if you have filed any additional grievances, please provide us with copies. If your medical needs have been met, please let us know that as well.

Very truly yours,

Michael Hall
Intake Representative

american civil liberties union delaware
100 West 10th Street • Suite 309 • Wilmington, Delaware 19801
(302) 654-3966

TO: American Civil Liberties Union
100 West 10th Street, Suite 309
Wilmington, Delaware 19801

Dated:
7/18/08

FROM: Donald L. Shepherd/SBI#:124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Civil Action
08-368-GMS

Dear, Mr. Hall/Intake Representive

I am writing you about my problems related to my health and nature of my healthcare inadequate healthcare, a Nurse Name Betty bey to give me the wrong medication (4) four white big pills and Officer Conrad, Lady Officer witness this incident and Nurse Betty, also lied to me about my medication called clonidine, She told me my clonidine pills Now change, the 0.3 MG Clonidine now is a New company and is Now the same size as the 0.1 MG clonidine but the next morning the man Nurse told me that is a lie. I filed Grievance on this matter and the Grievance Staff Matthew Dutton, told me this is Non-Grievable because "Inmates may not ask for discipline of staff in grievance" page 3 of 4 of Grievance # 163791 Dated: 7/2/2008 I filed (3) three other Grievance on this matter but they would not answer are Return the Grievance's I am sending you copy of this Grievance #163791 see inside this Letter. And I am sending you

Other Grievance's I filed, one Grievance #163145 The lady brougth the Grievance try to mucte me sign off on the Grievance and I said NO and then she stop my life theeathening medication called Clonidine HCL 0.3 and in the Grievance the (DOC) Person staff put the wrong date's on the Grievance because this Grievance happen 6/26/08 and he put down 6/30/2008 wrong Date, on Grievance #163145. They are trying every thing to stop my Grievance. Also I am sending you copy of a Order Judge Gregory M. Sleet send me about the institution (CMS) stopping my life threatening medication clonidine HCL 0.3 mg. TO Defendant Warden Perry Phelps. See inside Please write me back on this matter soon

Copy TO: Judge
GMS

Your
Donald Shepherd

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 07/17/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : JTVCC |
| **Grievance #** : 163791 | **Grievance Date** : 07/02/2008 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 07/02/2008 | **Incident Time** : |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** This happen 6/27/08 time 3:15 PM. Nurse Betty try to give me the wrong medication (4) four white big pills, and officer Conrad, witness this incident nurse Betty did with wicked intent try to cause my death, I am asking for the Internal Affairs to investigation in to this matter because my life is in and under imminent danger of serious physical injury or death. I also writing the commissioner Carl Danberg, a letter and Justice Department to bring up criminal charges against nurse Betty, work for (CMS).

**Remedy Requested** : The Internal Affairs to Investigation and put criminal charges on Nurse Betty.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : NO     **Date Received by Medical Unit** :  
**Investigation Sent** :        **Investigation Sent To** :  
**Grievance Amount** :

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/17/2008

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : JTVCC |
| **Grievance #** : 163791 | **Grievance Date** : 07/02/2008 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status:** |
| **Grievance Type:** Staff Issues | **Incident Date** : 07/02/2008 | **Incident Time:** |
| **IGC** : Dutton, Matthew | **Housing Location:** Bldg 17, Lower, Tier A, Cell 6, Single | |

### INFORMAL RESOLUTION

Offender's Signature:_____

Date              :_____

Witness (Officer)  :_____

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/17/2008

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHEPHERD, DONALD | SBI# : 00124625 | Institution : JTVCC |
| Grievance # : 163791 | Grievance Date : 07/02/2008 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 07/02/2008 | Incident Time : |
| IGC : Dutton, Matthew | Housing Location : Bldg 17, Lower, Tier A, Cell 6, Single | |

### IGC

**Medical Provider:**                **Date Assigned**

**Comments:**
This grievance returned because: Request are not processed through the grievance procedure. Inmates may not ask for discipline of staff in grievance.

[ ] Forward to MGC            [ ] Forward to Medical Provider            [ ] Warden Notified

[ ] Forward to RGC            Date Forwarded to MGC :

[ ] Offender Signature Captured    Date Offender Signed        :

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/14/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** SHEPHERD, DONALD | **SBI# :** 00124625 | **Institution :** JTVCC |
| **Grievance # :** 163463 | **Grievance Date :** 07/06/2008 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date :** 07/04/2008 | **Incident Time :** 15:15 |
| **IGC :** Dutton, Matthew | **Housing Location :** Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I am not getting the proper care and being wrongly delayed I should seen the doctor one month ago I was refer by the other doctor to see the doctor in one week, but it been a month, nurse Betty is stopping my sick call I putting in to see the doctors on grievance 6/30/08 nurse Sugar told me I will see doctor in a day but still have not seen the doctor yet. This is lack of treatment and bad treatment I am receiving I am having problems with my asthma no pump, blood pressure, heart pain and stopping my life threatening medication 6/26/08 until 6/30/08 I am still sick.

**Remedy Requested :** I want money for all the damages done to my heart and orgnas for my blood pressure being high. Need to see Doctor still.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES
**Date Received by Medical Unit :** 07/14/2008
**Investigation Sent :** 07/14/2008
**Investigation Sent To :** Parker, Claudia DR
**Grievance Amount :**

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/10/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : JTVCC |
| **Grievance #** : 163145 | **Grievance Date** : 06/30/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/30/2008 | **Incident Time** : 15:25 |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: Today the lady that did the medical grievance and the lady nurse gave out the medication the lady that did the grievance must told the nurse not to give me my medication Clonidine HOL 0.3 MG. The grievance lady is using my medication Clonidine HOL 0.3 MG to punish me for not signing off on the grievance, this really approach inmates with wicked intent, to cause death to me by taking a way my life threatening medications when suddenly stopped bring charges criminal charges the nurses will not give me there names.

**Remedy Requested** : I need my Clonidine HOL 0.3 MG this is life threatening when suddenly stopped, need to bring charges up on these peoples with wicked intent to cause death.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance:** YES | **Date Received by Medical Unit:** 07/10/2008 |
| **Investigation Sent** : 07/10/2008 | **Investigation Sent To** : Parker, Claudia DR |
| **Grievance Amount** : | |

*This happen 6/26/08 about the wrong dated*

JTVCC James T. Vaughn Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 07/14/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : JTVCC |
| **Grievance #** : 163464 | **Grievance Date** : 06/29/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/29/2008 | **Incident Time** : 04:45 |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Lower, Tier A, Cell 6, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: This morning at 4:45 am. June 29, 2008 the nurse gave out the medication only gave me two pills Aspirin and Zantac, I take around 10 pills in the morning some of my medications are life threatening if suddenly stopped increased blood pressure, like clonidine HOL 0.3 MG, may be at greater risk if you use higher doses or if you also take a beta-blacker, I told the nurse and she said she will be right but I look out my window and seen the nurse leaving the building, I was not given any medications for my blood pressure, a lot of my medication been missing for last week when given to me, I been feeling sick my blood pressure is up; I need to see the doctor!

**Remedy Requested** : Need my medication and need to see doctor.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 07/14/2008 |
| **Investigation Sent** : 07/14/2008 | **Investigation Sent To** : Parker, Claudia DR |
| **Grievance Amount** : | |

DCC  Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261  

Date: 06/16/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name**: SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : DCC |
| **Grievance #** : 161076 | **Grievance Date** : 06/08/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Health Issue (Medical) | **Incident Date** : 06/08/2008 | **Incident Time** : 17:30 |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I filed grievance for all inmates should, label print out on side effect from there medications this is rule and law of Food Drug Administration. I send a letter to Food Drug Administration, (CMS) should give all inmates label print out of side effect, this could save life's

**Remedy Requested** : Print out to all inmates about the side effect from medication

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance** : YES   **Date Received by Medical Unit** : 06/16/2008  
**Investigation Sent** : 06/16/2008   **Investigation Sent To** : Moore, Ronnie  
**Grievance Amount** :

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/02/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** SHEPHERD, DONALD | **SBI#** : 00124625 | **Institution** : JTVCC |
| **Grievance #** : 162450 | **Grievance Date** : 06/13/2008 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 06/12/2008 | **Incident Time** : 04:30 |
| **IGC** : Dutton, Matthew | **Housing Location** : Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: This morning the nurse did not have all my medication, my Clonidine HOL 0.3 MG was missing and she told me she would bring my medication right back but she never came back with my medication. This keep happen time after time the nurses just do not care.

**Remedy Requested** : Nurses should come back with medication when they make mistake and know they made mistake

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : YES | **Date Received by Medical Unit** : 07/02/2008 |
| **Investigation Sent** : 07/02/2008 | **Investigation Sent To** : Parker, Claudia DR |
| **Grievance Amount** : | |

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/02/2008

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : SHEPHERD, DONALD | SBI# : 00124625 | Institution : JTVCC |
| Grievance # : 162445 | Grievance Date : 06/12/2008 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 06/12/2008 | Incident Time : 15:00 |
| IGC : Dutton, Matthew | Housing Location : Bldg 17, Lower, Tier A, Cell 6, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: I was seen by the doctor last week and she refer me to see the other doctor on 6/9/08 because the side effect from the medication, I take around 10 medication at one time and been having lot of side effect from medication some of the medication are life threatening and I do't know how to diagnose my self. I been feeling sick and cannot understand what wrong.

**Remedy Requested** :

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES    **Date Received by Medical Unit :** 07/02/2008
**Investigation Sent :** 07/02/2008    **Investigation Sent To** : Parker, Claudia DR
**Grievance Amount :**