DATED: 7/18/08

TO: Office of The Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

FROM: Donald L. Shepherd/SBI: 124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Civil Action No. 08-368-GMS

Dear Clerk

Please give this information to the Chief Judge Gregory M. Sleet in the Order July 14, 2008 concerning Defendant Warden Perry Phelps, concerning my life threatening medication Clonidine HCL 0.3 mg and the wrong medication trying to cause my death.

Your
Donald L. Shepherd

Copy to: ACLU
Copy to Warden


FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Donald Shepherd
SBI# 124625   UNIT W1-AL-6
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King Street, LockBox 18
Wilmington, DELAWARE
19801

LEGAL MAIL



US POSTAGE $00.76
JUL 22 2008
MAILED FROM ZIP CODE 19977