TO: OFFICE OF THE Clerk
UNITED STATES District Court
844 N. King STREET, Lock Box 18
Wilmington, Delaware 19801-3570

Civil Action No.- 08-368-GMS

From: Donald L. Shepherd/SBI#124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: 7/18/08

Dear Clerk

Did you Receive AUTHORIZATION FORM if not I am sending you another form from the Court order dated June 26, 2008 for filing Fee inside this Letter.

Please write me back and let me know if you Receive this FORM inside this Letter. Thank you for you time in this Matter and hope here from you soon

Your
Donald L Shepherd

Copy: files
D.S.

FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO scanned

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD L. SHEPHERD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-368-GMS |
| CARL DANBERG, COLLEEN BELL, OFFICER/LT. DEIFO, OFFICER/LT. SENATO, OFFICER/ LT. SEBATO, TRACY WILKINS, and PERRY PHELPS. | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Donald L. Shepherd, SBI #124625, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.32 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated June 26, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 6/29/08, 2008.

_Donald L Shepherd_
Signature of Plaintiff

I/M Donald L. Shepherd
SBI# 124625      UNIT 17-A-2-6
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570

LEGAL Mail

19801357C C012



UNITED STATES POSTAGE
MAILED FROM

