OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 24, 2008

TO:

**Donald L. Shepherd**  
SBI # 124625  
James T. Vaughn Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

    RE:  RECEIPT OF DOCUMENTS/PAPERS; C.A. NO. 08-368 GMS

Dear Mr. Shepherd:

    This is in response to your letter received dated 7/18/08 requesting acknowledgment that your Authorization form has been received by the Clerk's Office. Your Authorization form was received on July 9, 2008 and a copy was forwarded to the James T. Vaughn Business Office to establish your filing fee disbursements.

    Please be advised that it is not the policy of this office to acknowledge receipt of pleadings or papers filed with the Court. In the future, **no further** acknowledgments of receipt or file-stamped copies will be made or forwarded to you unless a **self-addressed, stamped envelope is provided** along with a copy of your document.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

                                        PETER T. DALLEO
                                        CLERK