IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD L. SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 08-368-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| CARL DANBERG, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Warden Perry Phelps ("State Defendant Phelps").  This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon State Defendant Phelps.  State Defendant Phelps specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

    STATE OF DELAWARE
    DEPARTMENT OF JUSTICE

    */s/ Erika Y. Tross*
    Erika Y. Tross (#4506)
    Deputy Attorney General
    820 North French Street, 6th Floor
    Wilmington, Delaware 19801
    (302)577-8400
        Attorney for State Defendant
        Warden Perry Phelps

Dated: July 28, 2008

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on July 28, 2008, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Donald L. Shepherd
SBI # 00124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

☐ One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

☐ Two true copies by Federal Express

☐ Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400