

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

July 28, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:   *Shepherd v. Danberg, et al.*,
            <u>D. Del., C.A. No. 08-368-GMS</u>

Dear Chief Judge Sleet:

      On June 19, 2008, Donald L. Shepherd filed a complaint initiating the above-captioned matter. (D.I. 2). To date the Defendants in this case have not been served.

      Approximately two weeks after filing his complaint, on July 9, 2008, Shepherd filed a letter with the Court claiming that Correctional Medical Services was "punishing [him] by stopping [his] life threatening medication…." (D.I. 9). Shepherd asserted that the medication that CMS had stopped administering was Clonidine HCL. By Order dated July 14, 2008, this Court ordered Warden Perry Phelps to respond to Shepherd's assertion that he was not receiving Clonidine. (D.I. 11). Please consider this letter a response on behalf of Warden Phelps to Shepherd's July letter.

      Warden Phelps has no personal involvement with the administration of Shepherd's medications. However, a review of Shepherd's medical records reveals that he received Clonidine throughout the entire month of June 2008, even after he filed his complaint. (Attachment A – Medical Administration Records). Moreover, Shepherd's medical records show that he continues to receive the medication in July. (*Id.*). Therefore it appears that Shepherd's allegation that his medication was stopped is without merit.

The Honorable Gregory M. Sleet
July 28, 2008
Page 2

      I trust this letter satisfies the Court's Order.  If the Court has any further questions or concerns, or believes that a more formal response is required, please do not hesitate to contact me at (302) 577-8400.  Thank you.

                        Sincerely,

                        */s/ Erika Y. Tross*

                        Erika Y. Tross, DAG
                        Attorney for State Defendants

EYT/bja
Sealed Attachment
cc:    Donald L. Shepherd, Plaintiff