IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD L. SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 08-368-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| CARL DANBERG, et al. | ) | |
| | ) | |
| Defendants. | ) | |

# SEALED ATTACHMENT A
# RE: July 28, 2008 Letter to The Honorable Gregory M. Sleet from Deputy Attorney General Erika Y. Tross, D.I. 24