TO: Chief Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

RE: Injunctive Relief
Filed: July 14, 2008
Defendant Warden
Perry Phelps

FROM: Donald L. Shepherd
SBI: 124625/Unit (21-B-L-4)
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Civil Action No. 08-368-GMS

Dated: 7/27/08

Dear Mr Sleet/Chief Judge

Every since I filed the injunctive Relief Action, I been Repeatedly harass, My staff DOC and CMS people. CMS has stop my Gout medication called Allopurinol in the last week. Also DOC Officer took away my Asthma pump medication and my Reading glasses. Also on 7/27/08 at 2:45 A.M. CMS Nurse did not have my Clonidine HCL 0.3 MG I told the Nurse, than the Nurse took the cup back with all the other medication in the cup, went and got my Clonidine HCL but took out all the other medication out of the cup and did not Return with other medication "Lisinopril, Aspirin, Hydrochlorothiazide, Zantac and Aldactone. Also I was order by the Doctor Milk and Cereal to take with my medication because if I have no food in my stomach I get sick and start vomiting the medication back up, They have stop my Milk and Cereal to take with my medication. Also my Legal Mail been open illegal Letter From Chief Judge Sleet Dated: July 17, 2008 Letter From Office of Disciplin-

ary Counsel Supreme Court and on the outside of the envelope said confidential two time but was still cut open and tape back up and delivered to me with the Legal Mail with two diffident Receive Dates on the envelope July 19, 2008 and July 20, 2008. And the last letter from Clerk of Supreme Court of Delaware was also delivered to me illegal open July 26, 2008. All these letter's are consider Legal Mail I still have the envelope's that was open illegal.

I am being harass by CMS and DOC Staff, I have filed Grievance's on these issue's problem's above but Grievance's Staff will not send the Grievance back to me for the Notice I filed.

Your
Donald I. Shepherd

I also send Letter with Refering to the injunctive with eight Grievance's attach to Letter dated: 7/18/08 concerning problems with DOC and CMS. I hope Your office Receive this information Refer To: Judge Sleet.

I/M Donald L. Shepheed
SBI# 124625   UNIT 21-B-1-4
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
28 JUL 2008 PM 3 L

D: Office of THE Clerk
UNITed STaTes DisTRicT CouRT
844 N. King STReeT, Lock Box 18
Wilmington, Delaware
19801-3570

legal Mail

TO: Office of THE Clerk          Dated: 7/27/08
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware 19801-3570

FROM: Donald L. Shepherd          RE: Civil Action No. 08-368
SBI: 124625                              (GMS)
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977


Dear Clerk
    Please Give this Letter to The Chief Judge Gregory M. Sleet, in the Order from the injunctive Order on July- 14, 2008 Concerning Defendant Warden Perry Phelps, Carl Danberg, et al.,
Thank you for your time in this matter attach Letter inside;
To: Judge Sleet.
                          your
                         Donald L. Shepherd

FILED
JUL 29 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE