The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street           Civil Action No. 08-368
Wilmington, Delaware 19801

FROM: Donald L. Shepherd
SBI: 124625/UNIT-21-B-L-4
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19907



Dear Judge Sleet
   The Sealed Attachment A I see date Nurse Betty was not working and sign in on some date and falsify the Medication Administration Record saying she gave me my Clonidine medication, I have witness one witness officer Conrad on 6/27/08 and inmate on the tier 17-A-L-3 witness name Smith, inmate remember all the time I was not given my medication Clonidine HCL 0.3 MG. And on 6/30/08 at 7:30 AM around (6) six Correctional Medical Service staff came over to talk to me because I was sick from not getting my medication Clonidine I remember Nurse Sugar, talking to me about this incident not receiving my life-threatening medication Clonidine and Grievance person Mr. Matthew Dutton (IGC) I Plaintiff want to subpoena (DOC) staff officer Conrad, work on the tier on 6/27/08 and subpoena Nurse Sugar, for (CMS) and (DOC) staff officer Mr Matthew Dutton Grievance person, and subpoena inmates Smith; MHU 21-B-L-11 and LeVaughn Walker

in My Cell 21-B-L-4. I can show CMS been Falisfy the Medication Administration Records the dates Nurse Betty, work Records will show they Falisfy the Records.

I request for the Court Order to give me Lawyer in this Civil Action No. 08-368 order July 14, 2008 order injunctive Relief THE DOC has Not Let me go to Law Library are get stamps are paper for I need for my civil Action case.

I Notice Nurse Betty, did Not work the days on the Medication Administration Records the Records been Falisfy and need Subpuena (DOC) STAFF Officer Conrad, Officer Matthew Dutton, and Nurse Betty, Nurse Sugar and Tracy Wilkin, RN CCRN Regional Ombudsman (CMS) and (DOC) Inmates Smith, MHU 21-B-L-11 and Levaughn Walker, Inmate, in MHU 21-B-L-4 in the same cell with me. Subpoena Nurse Betty work records and Subpoena man Nurse work in the morning on 6/28/08 A.M.

your
Donald L. Shepherd