TO: Office of the Clerk            7/31/08
United States District Court
844 N. King Street, LockBox 18
Wilm, DE 19801-3520        Civil Action No. 08-368
                                             GMS

From: Donald L. Shepherd
SBI 124625 / Unit 21-B-2-4
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Clerk
    Please give this information to the Chief Judge Gregory M. Sleet in the order July 14, 2008 concerning Defendant Warden Perry Phelps concerning my life threatening medication cloidine HCL 0.3 MG. Injunctive relief order July 14, 2008.

FILED
AUG - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

                                  Your
                          Donald Shepherd

I/M Donald L. Shepherd
SBI# 124625    UNIT 21-B-L-4
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

TO: Office of The Clerk
United States District Court
844 N. King Street, Lock Box 18
Wilmington, Delaware
19801-3570

Legal Mail