TO: CLERK OF THE COURT
U.S. District Court
844 N. King Street, lockbox 18
Wilmington DE 19801-3570

DATED: 8/8/08

FROM: Donald L. Shepherd / SBI #124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Civil Action No. 08-368-GMS
Shepherd v. Danberg, et al.,

Dear Clerk

Please give this letter inside to the Judge Sleet, injunctive order from July 14, 2008, CMS has stop my life-threatening medication Clonidine HCL 0.3 MG again my life is in imminent danger of serious physical injury or death again.

Your
Donald L Shepherd



FILED
AUG 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

INMATE DONALD L SHEPHERD
SBI# 124625   UNIT 21-B-1-4
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFICE OF THE CLERK / Federal Court
UNITED STATES District Court
844 N. King Street, LockBox 18
Wilmington, Delaware
19801-3570

LEGAL MAIL