SHEPHERD V. CARY & ANDERSON
CIVIL ACTION No. 08-368 -GMS

TO: HONORABLE JUDGE GREGORY M. SLEET
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE LOCKBOX 18
844 N. KING STREET, FEDERAL BUILDING
WILMINGTON, DELAWARE 19801

DATED: 8/8/08

FROM: Donald L. SHEPHERD / SBI: 124625
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Order from July 14, 2008 injunctive Order civil Action No. 08-368

DEAR CHIEF JUDGE SLEET

TODAY 8/8/08 AT 2:43 P.M CMS HAS STOP MY life-THREATENING medication Clonidine AGAIN. I told the NURSE AND NURSE SAID YOUR medication AS RUN OUT AND NURSE SAID <u>I am not Going TO GET YOU any</u> 60" I told the NURSE This medication life-threatening when stop SHE said I Do NOT CARE. ALSO OFFICER BARRETT, WITNESS this incident And I gave the COURT ORDER injunctive ORDER to officer BARRETT, TO SHOW TO THE NURSE AND THE NURSE said That MEAN Nothing. CMS is punishing me for filing GRIEVANCE because of ME WRITING ACLU and Joshua MARTIN III about the problems with my health care. I filed another GRIEVANCE today on

FILED AUG 12 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

This MATTER BECAUSE I am feeling sick from CMS Stoping my Medication, CMS is doing this INTENSELY BECAUSE NONE OF MY other Medication RUN out. Please send in another order to stop CMS, from Stopping my life-threatening Medication Clonidine HCL 0.3 MG.

Sign
YOUR
Donald Shepherd
8/8/08

COPY TO
ACLU