FILED
AUG 1 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: THE HONORABLE Judge GREGORY M. SLEET
UNITED STATES DISTRICT COURT
844 NORTH KING STREET LOCKBOX 18
Wilmington, DELAWARE 19801-3570

DATED: 8/9/08

FROM: Donald L. SHEPHERD/SBI #124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Civil Action No. 08-368-GMS
Injunctive Order From July 14, 2008

Dear Judge Sleet/Chief

I RECEIVE LETTER FROM Deputy Attorney General Erika Y Tross, CONCERNING THE INJUNCTIVE ORDER July 14, 2008 This Mail was illegally OPEN by DOC IN CERTIFICATE OF SERVICE MANNER OF Delivery "two true copies by First class Mail" But I only RECEIVE ONE COPY, AND Medication Administration Record Page's 3/5 5/5 July 2008 two pages But what happy 1/5 2/5 4/5 pages. And for June 2008 I RECEIVE Just ONE Page. CMS as falsify Medication Administration Records. I am still sick and Need to see doctor the doctor keep referring me to see this other doctor but CMS as deny me. Something is WRONG with my health and I Do not understand. Please read the information inside carefully I send to ACLU in Delaware. Thank you for your time in this matter Feel Free TO INRITE.    Your Donald L Shepherd

TO: OFFICE OF THE CLERK
U.S. District Court
844 N King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Dated 8/9/08

FROM: Donald L. SHEPHERD / SBI: 124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Civil Action No. 08-368 GMS

Injunctive Order
July 14, 2008

DEAR CLERK OF COURT

PLEASE GIVE this information to Chief Judge SLEET, in my injunctive order from July 14, 2008 About my life Threatening medication Clonidine HCL 0.3 mG If suddenly Stop can cause life-threatening symptoms or death. Defendant Warden Perry Phelps. Thank you for your time in this matter.

Your
Donald L Shepherd



FILED
AUG 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE