To: Michael Hall
American Civil Liberties Union
100 West 10th Street, Suite 309
Wilmington, Delaware 19801

Civil Action No. 08-368-GMS

From: Donald L. Shepherd
SBI#124625 / Unit 21-B-L-4
Delawawre Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Dated: 8/1/08

FILED
AUG 12 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Hall

I am writing concerning Shepherd v. Danberg, et al, D. Del C.A. No. 08-368-GMS in Order July 14, 2008 on Defendant Warden Perry Phelps, injunctive relief to stop the defendants retaliatory conduct following the filing of said lawsuit. Whereas, Shepherd Plaintiff stopping the Correctional Medical Service Administration of his medication, Clonidine, HCL a drug used for the management of hypertension, and that said stoppage can cause death or life threatening symptoms.

I receive letter from Deputy Attorney General office the letter was illegal open by DOC and it should been two copys but I only receive one copy see in Dated July 28, 2008 from Erika Y. Tross (#4506) Deputy Attorney General and one copy Medication Administration Records that was falsity and given to Erika Y. Tross, Deputy Attorney General some of the Date Nurse Betty (CMS) was inital with "B" Nurse Betty was not working they (CMS) falsify medical documents in June and July 2008 Need to get Nurse Betty, work days records and you will she (CMS) falisfy medication "Clonidine" documents I have witness to these incident officer Conrad and inmates Smith

And Inmate Richard N. IRWIN, SBI # 188380 was the tierman when we was in (SHU) and now is on the same tier with me again 21-B-L-2 and Smith, inmate too 21-B-L-11 I have witness all the days (CMS) did not give me my medication clonidine HOL 0.3 MG. Every time I did not receive my medication I filed Grievance for my records in June and July 2008 I have send you all the Grievance I filed and (CMS) has lie and falsify the documents.

And need to call and get Medication order from the drug Company Record. and in July 2008 was Records Rewritten to cover falsify Records You can see in July 2008 Rewritten and put on another paper and not a print from the computer, wrote down by hand to cover the time I did not receive my medication clonidine HOL 0.3 MG. they (CMS) did not have because was not order. So Please look at Medication Administration records of June and July 2008 I am sending to you. Thank you for your time in this matter Please write back soon.

Your  
Donald L. Shepherd

Copy To: Federal Court  
          Judge Sleet

Copy To: Joshua W. Martin



**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY: (302) 577-5783

July 28, 2008

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

    Re:    *Shepherd v. Danberg, et al.*,
              D. Del., C.A. No. 08-368-GMS

Dear Chief Judge Sleet:

       On June 19, 2008, Donald L. Shepherd filed a complaint initiating the above-captioned matter. (D.I. 2). To date the Defendants in this case have not been served.

       Approximately two weeks after filing his complaint, on July 9, 2008, Shepherd filed a letter with the Court claiming that Correctional Medical Services was "punishing [him] by stopping [his] life threatening medication...." (D.I. 9). Shepherd asserted that the medication that CMS had stopped administering was Clonidine HCL. By Order dated July 14, 2008, this Court ordered Warden Perry Phelps to respond to Shepherd's assertion that he was not receiving Clonidine. (D.I. 11). Please consider this letter a response on behalf of Warden Phelps to Shepherd's July letter.

       Warden Phelps has no personal involvement with the administration of Shepherd's medications. However, a review of Shepherd's medical records reveals that he received Clonidine throughout the entire month of June 2008, even after he filed his complaint. (Attachment A – Medical Administration Records). Moreover, Shepherd's medical records show that he continues to receive the medication in July. (*Id.*). Therefore it appears that Shepherd's allegation that his medication was stopped is without merit.

The Honorable Gregory M. Sleet
July 28, 2008
Page 2

      I trust this letter satisfies the Court's Order. If the Court has any further questions or concerns, or believes that a more formal response is required, please do not hesitate to contact me at (302) 577-8400. Thank you.

                                   Sincerely,

                                   */s/ Erika Y. Tross*

                                   Erika Y. Tross, DAG
                                   Attorney for State Defendants

EYT/bja
Sealed Attachment
cc:    Donald L. Shepherd, Plaintiff





# MEDICATION ADMINISTRATION RECORD

**Facility:** E  6365- DELAWARE MAXIMUM SECURITY COMP  DE  **Month:** June 2008

| INIT. | DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ALLOPURINOL 300 MG TABS ~ZYLOPRIM~
TAKE 1 TAB BY MOUTH EACH MORNING FOR 120 DAYS  >> TAKE WITH FOOD <<
PRESCRIBER SUGAR,APN,LISA DANGELO   Rx# 15970166
ORDER DATE 03/22/08   START DATE   STOP DATE 07/20/08

ASPIRIN EC 81MG TBEC ~ECOTRIN (ASA-EC)~
TAKE 1 TAB BY MOUTH DAILY FOR 120 DAYS >> DO NOT CRUSH <<
PRESCRIBER SUGAR,APN,LISA DANGELO   Rx# 15970168
ORDER DATE 03/22/08   START DATE   STOP DATE 07/20/08

ATENOLOL 50MG TABS ~TENORMIN~
TAKE 1 TAB BY MOUTH DAILY FOR 90 DAYS >> MAY CAUSE DROWSINESS <<
PRESCRIBER ZARANDY MD,MEHDY..   Rx# 15886597
ORDER DATE 03/11/08   START DATE   STOP DATE 06/09/08

CLONIDINE HCL 0.3MG TABS ~CATAPRES~
TAKE 2 TABS BY MOUTH EACH MORNING AND TAKE 1 TAB EACH EVENING FOR 120 DAYS >> MAY CAUSE DROWSINESS <<
PRESCRIBER DESROSIERS,MD,LOUISE   Rx# 15998808
ORDER DATE 03/27/08   START DATE   STOP DATE 07/25/08

ENALAPRIL MALEATE 20MG TABS ~VASOTEC~
TAKE 1 TAB BY MOUTH TWICE DAILY FOR 90 DAYS
PRESCRIBER ZARANDY MD,MEHDY..   Rx# 15886601
ORDER DATE 03/11/08   START DATE   STOP DATE 06/09/08

FUROSEMIDE 40MG TABS ~LASIX~
TAKE 1 TAB BY MOUTH EACH MORNING EVERY MONDAY, WEDNESDAY, AND FRIDAY FOR 120 DAYS
PRESCRIBER SUGAR,APN,LISA DANGELO   Rx# 15970171
ORDER DATE 03/22/08   START DATE   STOP DATE 07/20/08

HYDROCHLOROTHIAZIDE 25MG TABS ~HCTZ~
TAKE 1 TAB BY MOUTH EACH MORNING FOR 120 DAYS >> MAY CAUSE DIZZINESS <<
PRESCRIBER SUGAR,APN,LISA DANGELO   Rx# 15970172
ORDER DATE 03/22/08   START DATE   STOP DATE 07/20/08

LISINOPRIL 20MG TABS ~ZESTRIL/PRINIVIL~
TAKE 1 TAB BY MOUTH TWICE DAILY FOR 120 DAYS
PRESCRIBER SUGAR,APN,LISA DANGELO   Rx# 15970173
ORDER DATE 03/22/08   START DATE   STOP DATE 07/20/08

**DIAGNOSIS:** /

**ALLERGIES:** No Known Drug Allergy

**DOB/INMATE #:** 06/02/55   124625

**LOCATION:** 6365- MAIN   17 RL-6

**NAME:** SHEPHERD, DONALD

#3150 REV 6/07                    PharmaCorr

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD L. SHEPHERD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 08-368-GMS |
| v. | ) | |
| | ) | Jury Trial Requested |
| | ) | |
| CARL DANBERG, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Warden Perry Phelps ("State Defendant Phelps"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon State Defendant Phelps. State Defendant Phelps specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
    Attorney for State Defendant
    Warden Perry Phelps

Dated: July 28, 2008

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on July 28, 2008, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

### NAME AND ADDRESS OF RECIPIENT(S):

Donald L. Shepherd
SBI # 00124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

### MANNER OF DELIVERY:

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD L. SHEPHERD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. Action No. 08-368-GMS ) |
| CARL DANBERG, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

WHEREAS, the plaintiff Donald L. Shepherd ("Shepherd"), a prisoner incarcerated at the James T. Vaughn Correctional Center, formerly Delaware Correctional Center, Smyrna, Delaware, filed a complaint pursuant to 42 U.S.C. § 1983 (D.I. 2);

WHEREAS, on July 9, 2008, Shepherd filed a letter/motion for injunctive relief to stop the defendants' retaliatory conduct following the filing of said lawsuit (D.I. 9);

WHEREAS, Shepherd asserts the retaliatory conduct consists of stopping the administration of his medication, Clonidine, HCL a drug used for the management of hypertension, and that said stoppage can cause death or life threatening symptoms;

THEREFORE, at Wilmington this 14th day of July, 2008, IT IS ORDERED that:

1. Defendant Warden Perry Phelps shall file a response to Shepherd's letter/ motion (D.I. 9) on or before July 28, 2008.

2. The Clerk of the Court is directed to serve, by certified mail, a copy of plaintiff's complaint and letter/motion for injunctive relief (D.I. 2, 9), and this Order to Perry Phelps and

the Attorney General for the State of Delaware.



CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUL 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Donald L. Shepherd
SBI# 124625    UNIT 21-B-L-4
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the Clerk
United States District Court
844 N. King Street, LockTBox 18
Wilmington, Delaware
19801-3570

Legal Mail