Dated: 8/24/08

TO: THE Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, Delaware 19801

Civ. Action No. 08-368-GMS
Injunctive order from July 14, 2008

FROM: Donald L. Shepherd/SBI: 124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

FILED
AUG 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Chief Judge Sleet

My life threatening medication was stop again today 8/24/08 also Grievance people (IGC) Matthew Dutton, has stop my Grievance and will not file my Grievance on (CMS) because he is friendly with lady Nurse's, Matthew Dutton is violating my Constitution Rights Article 1. Right to petition State Goverment for a Redress of Grievance and violation Article XIV due process law. I did not receive my life-threatening medication Clonidine today 8/24/08 injunctive Relief order from July 14, 2008 and today I was given wrong medication with number on the pill 477 was not my medication. Also today 8/24/08 I was given overdose of allopurinol for Gout treatment two time today I started having pain in my back and side so I look up overdose Allopurinol is also life threatening symptoms, kidney and liver I have a liver disease.

I Also wrote the Warden Perry Phelps and told Warden Phelps, this information. Thank you for your time in this matter

Your
Donald L. Shepherd

COPY TO:
ACLU

Dated: 8/24/08

Office of the Clerk
United States District Court    Civ. Action No. 08-368 GMS
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

FROM: Donald L. Shepherd/SBI 124625
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977     injunctive order
                           July 14, 2008

Dear Clerk
    Please give this information injunctive order letter to the Judge Sleet, inside this next two page's.

                                your
                                Donald L Shepherd

Copy to:
ACLU



FILED
AUG 26 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Donald L Shepheard
SBI# 124625   UNIT 21-B-L-4
JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

TO: Office of the Clerk
United States District Court
844 N King Street, Lockbox 18
Wilmington, Delaware
19801-3570

19801+3570 Legal Mail

UNITED STATES POSTAGE
$ 00.42⁰
AUG 25 2008
MAILED FROM ZIP CODE 19977